# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Chanel R. Drayton          :     CHAPTER 13
                                   :
         Debtor(s)                 :     BANKRUPTCY NO. 18-14421/JKF

### ORDER

**AND NOW**, this 23rd day of July, 2018, the above-listed Bankruptcy Case having been mistakenly and inadvertently opened on the same date that Debtor commenced Bankruptcy Case No. 18-14418; it is hereby **ORDERED** and **DECREED** that this bankruptcy case is **DISMISSED** as it is a duplicate of Bankruptcy Case No. 18-14418.

BY THE COURT:

_____
Honorable Jean FitzSimon
U.S. BANKRUPTCY JUDGE

cc:
All Creditors
 U.S. Trustee
Standing Trustee
Alan B. Liss, Esquire
Debtor(s)